# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1856

_____

| | | |
|---|---|---|
| Elmer Webb, Sr., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Pulitzer Publishing Company, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: November 27, 1998

Filed: December 4, 1998

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Elmer Webb, Sr., appeals from the district court's[1] order granting summary judgment to his employer in his action alleging race and age discrimination and retaliation. Having carefully reviewed the record and the parties' submissions on appeal, we affirm the judgment of the district court for the reasons it stated. See 8th Cir. R. 47B.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.